# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-mj-00172-DDL |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Victor Sean Dennison | Booking No. 39995510 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  1/26/2023 the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on  $10,000 PS  Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond ) (_____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [ ] Other.

BARBARA L. MAJOR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by  N. Peltier  x 7099

1/26/23
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

# Natalie Peltier

| | |
|---|---|
| **From:** | CAS Releases |
| **Sent:** | Thursday, January 26, 2023 12:08 PM |
| **To:** | Natalie Peltier |
| **Subject:** | Read: 23-mj-00172-DDL Abstract |
| **Attachments:** | Read: 23-mj-00172-DDL Abstract |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.