FILED

FEB 2 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR SEAN DENNISON,<br><br>Defendant. | Magistrate Case No. 23-MJ-0172<br><br>ORDER OF REMOVAL<br>(Defendant Not In Custody) |

An arrest warrant and complaint having been filed in the United States District Court for the District of Columbia, charging defendant **VICTOR SEAN DENNISON** with Entering or Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Sections 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Buildings or Grounds, in violation of Title 18, United States Code, Sections 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Sections 5104(e)(2)(D); Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

Defendant **VICTOR SEAN DENNISON** was arrested on January 13, 2022, in the Southern District of California, pursuant to the out of district arrest warrant related to said complaint. Defendant **VICTOR SEAN DENNISON** then posted a criminal bond and after an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Defendant **VICTOR SEAN DENNISON** has been provided with instructions for his future remote appearance via Zoom before the U.S. District Court for the District of Columbia. Therefore,

//
//
//
//
//
//

1 | IT IS HEREBY ORDERED that defendant **VICTOR SEAN DENNISON** appear via Zoom before United States District Court Magistrate Judge Robin M. Meriweather, U.S. District Court for the District of Columbia, on Tuesday, February 7. 2023, at -1:00 p.m. Eastern Standard Time, for further proceedings.

DATED: 2/2/2023

*[signature]*
**HON. ALLISON H. GODDARD**
United States Magistrate Judge
Southern District of California

*[Type Pleading Name]*     2     *[Type Case No.]*